**Paul ADKINS, Jr., Petitioner–
Appellant,**

v.

**Donald F. BAUKNECHT, Warden FCI
Williamsburg, Respondent–
Appellee.**

No. 08–7585.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2009.

Decided Feb. 24, 2009.

Paul Adkins, Jr., Appellant Pro Se.

Before WILKINSON, DUNCAN, and
AGEE, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Paul Adkins, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adkins v. Bauknecht,* No. 4:07–cv–02789–HEF (D.S.C. June 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*